IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **RUTHIE HARPER, M.D.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:16-CV-00478 |
| | § | |
| **AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA** | § § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE ROBERT PITMAN:

The parties, Plaintiff, Ruthie Harper, M.D., and Defendant, American Casualty Company of Reading Pennsylvania, have resolved their dispute and have agreed that they will jointly seek dismissal of this matter with prejudice.  Accordingly both parties now seek dismissal of the action asserted against Defendant pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and ask the Court to enter an Order dismissing this matter with prejudice.  The parties have agreed that each side shall bear its own costs and fees.

Dated:  March 8, 2017

Respectfully submitted,

**WEISBART SPRINGER HAYES LLP**
212 Lavaca Street, Suite 200
Austin, Texas  78701
512.652.5780
512.682.2074 fax

By:  */s/ Sherrard (Butch) Hayes*
      Sherrard (Butch) Hayes
      Texas Bar No. 00784232
      shayes@wshllp.com
      Sara E. Janes
      Texas Bar No. 24056551
      sjanes@wshllp.com

**ATTORNEYS FOR PLAINTIFF**


**CNA COVERAGE LITIGATION GROUP**
700 N. Pearl Street, Suite 450
Dallas, TX 75201
214.220.5910
214.220.5902 fax
555 Mission Street, Suite 330
San Francisco, CA 94105
415.932.7000
415.932.7001 fax

By*:  /s/Robert C. Christensen*
      Anthony S. Cox
      anthony.cox@cna.com
      Texas Bar No. 04935000
      Robert C. Christensen *(pro hac vice)*
      California Bar No. 151296
      robert.christensen@cna.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record herein by way of:

- ☐ U.S. Mail, First Class
- ☐ Certified Mail
- ☐ Facsimile
- ☐ Federal Express
- ☐ Hand Delivery
- ☒ E-Service

on this 8th day of March, 2017, to wit:

Anthony S. Cox
CNA Coverage Litigation Group
700 N. Pearl Street, Suite 450
Dallas, TX 75201
214.220.5910
214.220.5902 (fax)
anthony.cox@cna.com

Robert C. Christensen
CNA Coverage Litigation Group
555 Mission Street, Suite 330
San Francisco, CA 94105
415.932.7000
415.932.7001
robert.christensen@cna.com

*/s/ Sherrard (Butch) Hayes*
Sherrard (Butch) Hayes