IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RUTHIE HARPER, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:16-CV-478-RP |
| | § | |
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Motion for Dismissal with Prejudice, filed March 8, 2017. (Dkt. 23). By way of their motion, the parties agree that Plaintiff shall voluntarily dismiss with prejudice all claims and causes of action asserted against Defendant in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (allowing dismissal of an action by the filing of a stipulation of dismissal signed by all parties who have made an appearance).

The Joint Motion for Dismissal with Prejudice is hereby **GRANTED**. Accordingly, **IT IS ORDERED** that all claims asserted in this action are hereby **DISMISSED WITH PREJUDICE.** Each party is to bear its own costs and attorney's fees. The Clerk's Office is directed to close this case.

**SIGNED** on March 9, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE